UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

LONNIAL L. ROUNDTREE JR.,
Plaintiff-Appellant,

v.

CASE NO. 24-1496

JEELAN MUHAMMAD, et al.,
Defendants-Appellees.

U.S.C.A. – 7th Circuit
RECEIVED
JAN 06 2025 1

## UNREPRESENTED PLAINTIFF-APPELLANT'S THIRD AND FINAL REQUEST FOR AN ENLARGEMENT OF TIME TO FILE OPENING BRIEF AND SHORT APPENDIX

Now comes Plaintiff-Appellant, Mr. Lonnial Roundtree, by and through self-representation, with all due respect moves this Honorable Court with a respectful request for an order granting him an enlargement of time to file his *pro se* Appellate Brief in the above-caption cause.

In support thereof, Mr. Roundtree puts forth the following for consideration:

1. Plaintiff-Appellant, Mr. Roundtree, is unrepresented in the above-entitled cause in, both, the district court and on this appeal as well.

2. Mr. Roundtree is currently in custody at the Cook County Jail ("CCJ") in Chicago, Illinois as a pretrial detainee.

3. Appellant is housed in CCJ's maximum security Division 9's segregation/

RU [Rehabilitation Unit] on tier 1G, and is not even in possession of 1/3 of his important legal documents.

4. Roundtree is nearly finish with the Appellate Brief and Appendix but only needs a short amount of extra time due to the hostile enviorment he is currently in, and the inadequate law library services he is provided.

5. The only access he has to the services of the, so-called, law library is through his court order for his state criminal matter, in which he is unrepresented in; that is the only service he receives and is using it to litigate this appeal and respond to Summary Judgment Motions, and Motions to Dismiss in the district court.

6. Individuals in custody at CCJ are prohibited from actually visiting Division 9's law library under any circumstances; detainees are strictly prohibited from possessing or even reading any books that the law library has in it; one must know exactly what material they want, write it on a request form (only 3 [three] request per session) and wait on the documents to be delivered to them. If a mistake is made on the law librarian's part, the detainee has to wait until next time they are scheduled to obtain the correct documents, and it is taken from your 3 requests.

7. It takes sometimes three (3) weeks to do things that could have been done in 1 (one) day if detainees could actually visit the library.

8. This is not because Roundtree is in RU, but the entire division of detainees suffler from the same practice

9. Appellant is not trying to make excuses but is only informing this Honorable Court of the circumstances he is confronted with that is slowing him down

10. Roundtree is also stuck inside of a freezing cold cell and continuosly complaining to sheriffs, who considers him with disfavor, about his feet and hand being cold; this is also distracting him and causing pain in his injured hand and in his shoulder and elbo... they refuse to cut on the heat or turn off the air, nearly the entire tier is sick.

11. And on top of everything Roundtree has a new stranger coming inside his cell as a cellmate almost every two weeks because he has been in seg from September 2024, up and until now; his out date is January 20, 2025, this is scary, uncomfortable, and distracting.

12. Unrepresented Appellant appologizes to this Honorable Court for this motion because in paragraph 8 in the second request for an extention of time he stated that this should be the final request for more time.

13. If he doesnot make this new deadline then this Honorable Court can dismiss this appeal.

14. Mr. Roundtree is sorry for any inconveince caused by this motion.

15. Appellant is not being dilatory in bringing this Motion, and Defendants will not be prejudiced by this Court granting an enlargement of time.

## RELIEF

a.) an enlargement of time up and until Tuesday January 14, 2025;

b.) and any other relief that this Honorable Court deem just and appropriate.

WHEREFORE, unrepresented, and pretrial detained Plaintiff-Appellant

Mr. Lonnial Roundtree, with all due respect, respectfully request that this Honorable Court grants this motion and requested relief.

Thank You.

DATED: 12/27/24

Respectfully Submitted, /s/ [signature]

Lonnial Roundtree
20190709218
2700 S. California Ave. Ste 1
Chicago, IL 60608

OFFICIAL SEAL
W SCALES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/31/2025

27 day of December, 2024
W. Scales

# AFFIDAVIT

I, Mr. Lonnial Roundtree, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called to testify as a witness I am competent to testify thereto:

1. I am the sole Plaintiff-Appellant in the above-entitled cause, and is also unrepresented in this matter;

2. the contents of this Motion in which this Affidavit is attached are true and correct to the best of my knowledge, information and belief;

3. I have been in CCJ's RU/seg. since September 2024, and is not in possession of over 2/3 of my legal documents.

4. I will finish this Brief if I am given the opportunity... I have never been a quitter, and a wise man informed me that "there is no such thing as failure for the man that tries his best," and "stumbling blocks are but stepping-stones for the man that says "I can, and I will"." William Walker Atkinson

Dated: 12/27/24

Respectfully Submitted, /s/ [signature]

Lonnial Roundtree
2019 0709218
2700 S. California Ave., Ste. 1
Chicago, IL 60608

Subscribed and sworn to before me on the 27 day of December, 2024

Notary Public

OFFICIAL SEAL
W SCALES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 3/31/2025

W. Scales

IN THE

United States Court of Appeals for the Seventh Circuit

Lonnial Roundtree Jr., )
Plaintiff/Petitioner )
)
Vs. ) No. 24-1496
)
Jaelan Muhammad, et al., )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. Ct. of Appeals for the 7th Cir.
Clerk of the Court
219 S. Dearborn st., Rm 2722
Chicago, IL 60604

TO: ____________________

PLEASE TAKE NOTICE that at: 1000 [redacted] December 30, 2024, I placed the documents listed below in the institutional mail at Cook County Jail [redacted], properly addressed to the parties listed above for mailing through the United States Postal Service.

* Appellant's Request for Enlargement of time to file Brief

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 12/30/24

/s/ [signature]
Name: Lonnial Roundtree
CCJ [redacted] No. 2019 0709218
Cook County Jail [redacted]
[redacted] 2700 S. California Ave., Ste. 1
Chicago, IL 60608

Revised 4/15/16