# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 14, 2025

*By the Court:*

| | |
|---|---|
| No. 24-1496 | LONNIAL L. ROUNDTREE, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>JEELAN MUHAMMAD, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-03040<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins |

The following is before the court: **VERIFIED RESPONSE TO RULE TO SHOW CAUSE FOR APPELLANT**, filed on March 13, 2025, by the pro se appellant.

In light of the court's order dated March 5, 2025, the appellant's response will be filed without further court action.